# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Theodore Manos and Tatyana Manos,

   Plaintiffs,

v.

Federal Bureau of Prisons; Mark S. Inch, Director; L. Lavira, Former Warden; Jefferson Sessions, Attorney General; Kethleen Kenney, BOP General Counsel; Charles E. Samuels, Jr., Former BOP Director; FNU Jett, Former Warden; FNU Bragg, Former Warden; and John and Jane Does 1–9;

   Defendants.

Civil No. 18-cv-0427 (PJS/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

  **IT IS HEREBY ORDERED** that:

  1. The Report and Recommendation is **ADOPTED**;

  2. Defendants' Motion to Dismiss [Doc. No. 54] is **DENIED AS MOOT**.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 4/4/19          s/Patrick J. Schiltz
               PATRICK J. SCHILTZ
               United States District Judge