**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Theodore Manos, Tatyana Manos, Allison Marshall, and Ronnie Robert Molina,<br><br>Plaintiffs,<br><br>v.<br><br>Federal Bureau of Prisons; Eric Holder, former Attorney General; Loretta Lynch, former Attorney General; Sally Yates, former acting Attorney General; Jefferson Sessions, former Attorney General; Matthew Whitaker, acting Attorney General; Harley G. Lapin, former BOP Director; Charles E. Samuels, Jr., former BOP Director; Thomas R. Kane, former Interim BOP Director; Mark S. Inch, former BOP Director; Hugh J. Hurwitz, acting BOP Director; John Doe No. 1, former North Central Regional BOP Director; John Doe No. 2, former North Central Regional BOP Director; Jeffrey E. Krueger, North Central Regional BOP Director; John Doe No. 3, former South Central Regional Director; John Doe No. 4, former DSCC Director; Kethleen Kenney, BOP General Counsel; Scott Fisher, former BOP Warden; M. Travis Bragg, former BOP Warden; Sandy Jett, former BOP Warden; John Doe No. 5, former acting BOP Warden; L. LaRiva, former BOP Warden; John Doe No. 6, former acting BOP Warden; David Paul, former BOP Warden; and John and Jane Does 7–15; all in their individual and official capacities, except the Federal Bureau of Prisons,<br><br>Defendants. | Civil No. 18-cv-0427 (PJS/HB)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and
2. The individual capacity claims against defendants Harley G. Lapin, Charles E. Samuels, Jr., Thomas R. Kane, Mark S. Inch, Hugh J. Hurwitz, Jeffrey E. Krueger, Kethleen Kenney, M. Travis Bragg, L. LaRiva, David Paul, John Doe No. 1, John Doe No. 2, John Doe No. 3, and John Doe No. 4 are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

Dated: 9/13/19              s/Patrick J. Schiltz
                            PATRICK J. SCHILTZ
                            United States District Judge